IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00236-PSF-MJW

BREAKTHROUGH MANAGEMENT GROUP HOLDINGS, INC.,

Plaintiff,

v.

CARL WOCKE, et al.,

Defendants.

---

**ORDER TO SHOW CAUSE
and
ORDER RESETTING SCHEDULING/PLANNING CONFERENCE**

---

**MICHAEL J. WATANABE
United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to United States Magistrate Judge issued by District Judge Phillip S. Figa on February 7, 2007.  (Docket No. 3).

This action was commenced on February 1, 2007.  (Docket No. 1).  Nevertheless, the plaintiff has not yet filed proof that it has served any of the defendants.  Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant and direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

Fed. R. Civ. P. 4(m).

In addition, Rule 41(b) provides in pertinent part:

> For failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action or of any claim against the defendant. Unless the court in its order for dismissal otherwise specifies, a dismissal under this subdivision and any dismissal not provided for in this rule . . . operates as an adjudication upon the merits.

Fed. R. Civ. P. 41(b).

Based upon the foregoing, it is hereby

**ORDERED** that on June 1, 2007, at 8:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held at which the plaintiff shall show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and/or 41(b). It is further

**ORDERED** that the plaintiff shall forthwith serve all defendants and file with the court proof of such service. It is further

**ORDERED** that the Rule 16 Planning/Scheduling Conference is reset to June 1, 2007, at 8:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall comply with all of the provisions of this court's Order Setting Scheduling/Planning Conference filed on February 20, 2007 (Docket No. 4). The proposed Scheduling Order shall be submitted to the court on or before May 28, 2007. Plaintiff shall ensure that all of the defendants are served with a copy of that Order and today's Order.

Dated:      April 5, 2007              s/ Michael J. Watanabe
            Denver, Colorado           Michael J. Watanabe
                                       United States Magistrate Judge