IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00236-PSF-MJW

BREAKTHROUGH MANAGEMENT GROUP HOLDINGS, INC.,

Plaintiff(s),

v.

CARL WOCKE, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Plaintiffs' Motion for Letter Rogatory Requests, DN 15, filed with the Court on May 3, 2007, is GRANTED.

It is FURTHER ORDERED that the Deputy Clerk shall affix the Court Seal all such Letters Rogatory, and scan the documents into the Court's CM/ECF file for electronic notification to the pleading party.

It is FURTHER ORDERED that the Plaintiff may request certified copies by contacting the Clerk's Office at (303) 844-2403.

Date: May 7, 2007