IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00236-WYD

BREAKTHROUGH MANAGEMENT GROUP HOLDINGS, INC, a Colorado corporation;
RAPTOR INTERNATIONAL, INC., a Colorado corporation,

    Plaintiffs,

v.

CARL WOCKE, an adult individual;
ADRIAN MULLER, an adult individual;
RAEL KUPERHOLZ, an adult individual;
ANTON LEIBLER, an adult individual;
THE ADRIAN MULLER INVESTMENT TRUST, a South African resident trust;
TECHKNOW CONSULTANTS LTD., a British Virgin Islands private limited company;
LK INVESTMENTS LTD., an Australian private limited company;
RAPTOR INTERNATIONAL HOLDINGS LTD., an Australian private limited company,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion to Dismiss Amended Complaint, filed December 21, 2007 (docket #35). After a careful review of the Motion and the file, the Court concludes that the Motion should be granted and the Amended Complaint should be dismissed.

ORDERED that Plaintiffs' Motion to Dismiss Amended Complaint, filed December 21, 2007 (docket #35 is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated: January 17, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge